IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00332-LTB

MARCUS ROBERT WILLIAMS,

    Applicant,

v.

JOHN OLIVER, Warden,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 25th day of April, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/K Lyons
           Deputy Clerk